## Bernice I. Van Praag, Appellee, v. National Cash Register Company, Appellant.

**Gen. No. 9,730.**

Miller, Leach & Armstrong, for appellant; Weilepp & Wilson, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed March 7, 1951; released for publication April 3, 1951.